IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LORI SCOTT                                                                          PLAINTIFF

VS.                                            NO. 4:21-CV-100 JM

EQHEALTH SOLUTIONS, LLC, and                                    DEFENDANTS
EQHEALTH ADVISEWELL, INC.

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Defendants eQHealth Solutions, LLC and eQHealth Advisewell, Inc., for their motion for extension of time, state:

1.      An answer or response is currently due on or before Wednesday, March 31, 2021.

2.      Plaintiff and defendants are exploring a possible settlement of the matter. Due to this, defendants request that they be given an extension of time up to and including Wednesday, April 14, 2021, in which to answer or otherwise respond to the complaint.

3.      Counsel for defendants conferred with counsel for plaintiff regarding this requested extension of time. Counsel for plaintiff had no objection to the extension.

WHEREFORE, defendants eQHealth Solutions, LLC and eQHealth Advisewell, Inc. request that the Court grant their motion for extension of time, giving them until Wednesday, April 14, 2021, to answer or otherwise respond to the complaint, and award all other appropriate relief.

2290588-v1

Respectfully submitted,

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL:  wjackson@wlj.com


By:  _Stuart Jackson_____
     William Stuart Jackson (92189)

*Attorneys for Defendants*