IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LORI SCOTT                                                                                              PLAINTIFF

v.                                       NO. 4:21-cv-00100- JM

EQHEALTH SOLUATIONS, LLC, and                                              DEFENDANTS
EQHEALTH ADVISEWELL, INC.

## CLERK'S JUDGMENT

Pursuant to the notice of acceptance of offer of judgment (Dkt. No. 11) and the Federal Rule of Civil Procedure 68, judgment is entered in favor of Plaintiff Lori Scott and against Defendants eQHealth Solutions, LLC, and eQHealth Advisewell, Inc. in the amount of $4,600.00.

Dated this 1st day of June, 2021.

JAMES W. McCORMACK
CLERK OF COURT

By: *Kacie Glenn*
     Deputy Clerk